■ FIFTH AVENUE COACH LINES, INC., et al., v. CITY OF NEW YORK et al. — Application for a stay denied. The appeal is permitted to be heard on the original record, without printing the same, but upon printed appellants' and respondents' points; the original record and appellants' and respondents' (other than the Attorney-General of the State of New York) points to be filed on or before 2:00 P.M., March 27, 1962, with notice of argument for March 30, 1962 at 10:00 A.M., said appeal to be argued or submitted when reached. The printed respondents' points of the Attorney-General of the State of New York are to be served and filed on or before 10:00 A.M., March 28, 1962. The respective parties are permitted to dispense with the printing of their reply points on

908

condition that six typewritten copies of said reply points are filed with this court on or before 2:00 P.M., March 29, 1962. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.